# LAW OFFICES OF
# FISHER & ASSOCIATES, P.A.

### ATTORNEYS AT LAW

**JANICE V. FISHER**  
RONALD CASON, Of Counsel

Paralegal  
CHRIS JUDY THOMAS

August 21, 2019

**Attention:** Lawrence Bentz  
Claims Examiner  
Sedgwick Claims Management Services, Inc.  
P.O. Box 14453  
Lexington, Ky 40512-4453

Via Email: Lawrence.Bentz@sedgwick.com

Re:  Your Client         :  Target Corporation  
     Our Client          :  Sharonda Marshall  
     Date of Accident    :  12/15/2017  
     Claim Number        :  000464412G-0001

Dear Mr. Bentz:

    I represent Sharonda Marshall relative to a fall that occurred on December 15, 2017 on properties owned or under the control of Target Corporation. On December 15, 2017, Sharonda Marshall delivered her cargo to a Target Store located at 5800 20th St, Vero Beach, FL 32966. It was approximately 8:25 in the evening. It was Ms. Marshall's intention to drop off her load. During this process she was required to perform a point check. It was somewhat dark in the parking areas for the trailers, with minimal light available coming from the Target building/store itself. Ms. Marshal wound the landing gear down to stead the trailer. She used her flashlight to visualize the under portion of the trailer. She had not been drinking and was not impaired or distracted as she performed her inspection.

    As Ms. Marshall circled the trailer she fell into a hole, which in essence was a completely uncovered (missing) section of the drainage grates that ran parallel to the rear of the store. She fell into the hole up to her knee. The fall took her by surprise, and she extended both hands to brace her fall thereby scraping her leg, arm and injuring both of her wrists. She noticed there was debris on the bottom of the hole and though she had on boots with a steel toe, she was still initially concerned that there might be something in the hole that might cause her further harm.

    Sharonda's daughter was in a nearby parked vehicle. Her daughter was there to transport Sharonda from the parking to her home. Her daughter heard Sharonda cry out and immediately went to assist. Around the same time, a night worker emerged from the rear of the Target store. Ms. Marshall describes him as a white male, with a short haircut, who was probably in his thirties. He came out of the door and asked if she was hurt. She told him that she had fallen in the hole, but she thought she would be okay.

Sharonda maneuvered herself out of the hole and was most concerned about the pain in her leg arm and wrists. She asked her daughter to call her employer. Her daughter took pictures of the scene as are shown below. These photographs depict a poorly lit loading area with a poorly lit drainage strip. The photos are on the left with the jpeg time logs to the right. As you can see the photographs were taken at 8:52 pm on December 15, 2017. They were taken from Sharonda's daughter's camera. Sharonda's daughter took multiple photographs including a photograph which was closer to the hole. A second photograph was taken showing the defective grate from a closer angle. Next to it on the right is the correlating jpeg information. This photograph also shows how shadows obscured the place where Sharonda fell.



We took the liberty of lightening the photograph from the downloaded image. In the third image, one is able to see more clearly the configuration of the hole/grate, subsequent to Sharonda's fall. In the lightened photograph to the right, you can appreciate that a second segment of the grate actually broke off downward, retarding Ms. Marshall's fall into the hole. The grill depicted to the left of the collapsed appears to be rusty. It is our thought that Target will have a work order in connection with this grate. A minimum of two, possibly more panels needed to be replaced.



Sharonda went home after the fall a noted that there was a scar on the front of her shin where she made contact with the grate. There was also a scar between her elbow and her wrist where contact had been made with the grate. She asked her employer for medical care. This incident occurred on a Friday. Sharonda attempted first aid herself that night hoping that her pain would resolve. She went to work the next day in significant pain. Accordingly she called the employer back asking to be seen to be evaluated. Ms. Marshall went, as instructed, to the Indian River Walk-In-Clinic on December 18, 2017. She complained that her leg and wrist were hurting. There was swelling shown to her right hand and multiple scrapes and bruises. She had contusions to her right and left hands and left lower leg. Her first visit is recorded as follows:

1. How did the incident happen (include all details)?

Sharonda was walking around the trailer to make sure that it was parked properly. There was a 2 ft deep manhole. She did not see it because she was looking at the truck. Her left leg fell in. As she fell in she hit both hands on the pavement. She has a 1 inch scrape and swelling on her left shin below the knee. She also has scrapes on her left elbow, and right hand. There is also swelling on the hand. The bleeding is controlled.

2. Please describe your medical complaint.

Pain, swelling, scrapes

3. Please specify machine/tool/substance/object most closely related.

Manhole, concrete pavement.

4. What was employee doing when incident occurred?

Walking around trailer to inspect

---

An x-ray of her right hand was ordered. Dr. Edward Katz examined her and placed on no lifting pushing or pulling restrictions of 10lbs. She was prescribed Ibuprofen 600 mg. Ms. Marshall came back for a follow up visit on December 20, 2017. Dr. Katz ordered bilateral Velcro wrist splints and a referral to an Orthopedic doctor for work up of an injury to her tendon in her right wrist. He ordered physical therapy. He reduced her to a five-pound weight restriction. Later, on January 3, 2018, an emergency room physician in the same practice, Dr. Elman Williams, ordered a MRI of the right wrist and a right splint was placed. He ordered to hold PT. Ms. Marshall was experiencing dull constant pain and decrease in range of motion in her wrist.

By 1/20/18 the report on the MRI was available. Workers compensation still had not approved an orthopedic. Given her restrictions, Ms. Marshall was taken off work. She was paid by her employer, Schneider National Carriers. Her medical bills were paid for by the carrier along with her wage loss at 60%. The lien for Schneider National Carriers, Inc is currently **FIFTY THOUSAND SIX HUNDERED AND FIFTY ONE DOLLARS AND SIXTEEN CENTS ($50,651.16)**. I have attached their letter giving notice of their lien along with the itemization for your review.



Ms. Marshall has been paid $32,906.56 (60%) in indemnity benefits. A strict calculation demonstrates Ms. Marshall is owed $21,937.70 for lost wages. This does not include loss of ability to earn money in the future.

Ms. Marshall took out a loan to go to school to become licensed as truck driver. She was hired by Schneider National Carriers shortly thereafter and really enjoyed her job. She is no longer able to handle this job because the steering wheels require more strength than she has in her wrist. Driving a large truck causes a great deal of pain in her wrist to maneuver the truck and lifting the heavy amounts required to properly perform her job. She can no longer the job that paid well and that she worked so hard for. The loan currently has a balance of $7,398.

We have requested the additional medical records pertaining to her wrist and will provide them upon receipt. Ms. Marshall has authorized us to accept **TWO HUNDERED THOUSAND DOLLARS $200,000.00** in resolution of this matter. Please contact me with your position and any additional requests for information that you may have. I have included her 13-week wage analysis, upon which her lost wages were based. I have also included her tax returns demonstrating the loss in income. She now drives a small vehicle for a living, delivering prescriptions for a pharmacy.

Sincerely,
Janice V. Fisher
JVF/
Indian River Walk in Clinic Records
Lien of Workers Compensation of Schneider National Carriers, Inc.